```
1   BENJAMIN B. WAGNER
    United States Attorney
2   RICHARD J. BENDER
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
5   Attorneys for Plaintiff
    United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0072 GEB |
|---|---|
| Plaintiff, | AMENDED STIPULATION CONTINUING HEARING DATE ON MOTION FOR EARLY TERMINATION OF TERM OF SUPERVISED RELEASE; (proposed) ORDER |
| v. | |
| CASEY PAUL TOOMER, | |
| Defendant. | |

It is hereby stipulated and agreed between counsel for both parties that the hearing on the defendant's motion for early termination of his term of supervised release be continued from April 22, 2016 to May 13, 2016 at 9:00 a.m. The reason for the request is that government counsel has been pressed for time to prepare his response because of duties related to another significant investigation. The government's response was filed today but May 13th is the next available date.

Dated: April 21, 2016
                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                   By: /s/ RICHARD J. BENDER
                                          RICHARD J. BENDER
                                          Assistant United States Attorney

Dated: April 21, 2016
                                        /s/RACHELLE BARBOUR (by RJB)
                                            RACHELLE BARBOUR
                                          Counsel for Casey Paul Toomer

1  [Stipulation and (proposed) Order Continuing Hearing to May 13, 2016.]

2

3  It is so ORDERED,

   Dated:  April 22, 2016
4

5

6  _____
   GARLAND E. BURRELL, JR.
7  Senior United States District Judge