HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
CASEY PAUL TOOMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  Cr. S. 15-0072-GEB |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING TERMINATION OF<br>) SUPERVISED RELEASE |
| CASEY PAUL TOOMER, | ) |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

Based on the Defendant's Motion, exhibits, and other filings, the Memorandum by the United States Probation Office, and the Government's Non-Opposition to the Motion, the Court hereby ORDERS that Casey Paul Toomer's term of Supervised Release be terminated, and that he be discharged pursuant to 18 U.S.C. § 3583(e).  The proceedings in this case are terminated.

Dated:  June 16, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge